**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Matos Diaz Anthony, | **NO. CV-26-02464-PHX-KML (JFM)** |
| Petitioner, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Eric Rokosky, | |
| Respondent. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed April 14, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied. Petitioner to take nothing and this action is hereby dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 14, 2026

s/ K. James
By   Deputy Clerk